

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00338-CR

Paul Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5398
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The District Clerk has filed a notification of late record requesting an extension of time to file the clerk's record. The request is GRANTED. The clerk's record is due on or before **November 4, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court